UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| GILBERT SALINAS,<br><br>      Plaintiff,<br><br>  v.<br><br>PACIFIC CASTLE NEWPORT I, LLC, et al.,<br><br>      Defendants. | Case No.: SACV 14-01233-CJC(ANx)<br><br><br>FINAL JUDGMENT |

This matter came before the Court on Plaintiff Gilbert Salinas's motion for summary judgment on his claims against the sole remaining defendant in this case, CBC Restaurant Corporation ("Defendant"). (Dkt. No. 53.) On August 31, 2015, the Court, being fully advised, issued an Order granting Mr. Salinas's motion and finding that Mr. Salinas is entitled to judgment in his favor and against Defendant. In accordance with the

Court's August 24, 2015 Order, IT IS HEREBY ORDERED that judgment is entered in favor of Mr. Diaz for **$8,000.00** against Defendant.  Additionally, Defendant is ORDERED to install in its restaurant located at 6507 Pacific Coast Highway, Long Beach, California, a counter compliant with the Americans with Disabilities Act Accessibility Guidelines, 36 C.F.R., Part 1191, Appendix D, § 904.4.[1]

DATED:     September 16, 2015

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

---

[1] The parties dispute whether the altered counter needs to comply with the 1991 or 2010 Standards.  The Code of Federal Regulations explains, "Newly constructed or altered facilities or elements . . . that were constructed or altered before March 15, 2012 and that do not comply with the 1991 Standards shall, on or after March 15, 2012, be made accessible in accordance with the 2010 Standards."  28 C.F.R. § 36.406(a)(5)(ii).  Defendant's counter was built before March 15, 2012 and does not comply with the 1991 Standards.  Accordingly, the Code of Federal Regulations plainly requires Defendant to make the counter compliant with the 2010 Standards.