UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 29 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GILBERT SALINAS,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>CBC RESTAURANT CORPORATION, a Delaware corporation,<br><br>　　　　Defendant - Appellant. | No. 16-55564<br><br>D.C. No. 8:14-cv-01233-CJC-AN<br>U.S. District Court for Central California, Santa Ana<br><br>**MANDATE** |

　　The judgment of this Court, entered January 02, 2018, takes effect this date.

　　This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　By: Jessica F. Flores Poblano
　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　Ninth Circuit Rule 27-7